## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DAVID SHAPLLO, individually and on behalf of
all others similarly situated,                          CASE NO. _____

    Plaintiff,

v.

  AUTOZONE, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, AutoZone Inc. ("AutoZone"), hereby removes to this Court the state court action *David Shapllo v. AutoZone, Inc.*, Case No. 50-2025-CA-004675, filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. In support of this Notice of Removal ("Notice"), AutoZone states as follows:

## BACKGROUND

1. On May 13, 2025, Plaintiff commenced this civil action by filing a putative Class Action Complaint (the "Complaint") in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

2. On May 19, 2025, AutoZone was served with the Complaint.

3. In the Complaint, Plaintiff alleges that he and the putative class members (defined as all individuals residing in the State of Florida) purchased a certain Steering Wheel Cover (the "Product") sold by AutoZone "believing it to be made of genuine leather based on Defendant's advertising on the product packaging." Compl., ¶¶ 13, 22.

1

4. Plaintiff alleges that the Product was "made of faux leather and not made from genuine leather" and claims that AutoZone misrepresented the Product causing Plaintiff and the putative class members to pay "for what they believed to be genuine leather steering wheel covers." *Id*. at ¶¶ 14-15.

5. Plaintiff further alleges that he and the putative class members "would not have purchased" the Product, "or would have paid significantly less" for it, "had they known the covers were made of faux leather rather than genuine leather." *Id*. at ¶ 16. Thus, one remedy sought in the Complaint is a complete refund.

6. As a result, Plaintiff alleges that he and the putative class members "have suffered financial harm in the form of payment for an inferior product" due to AutoZone's alleged "false advertising." *Id*. at ¶ 17.

7. Plaintiff asserts two counts: violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA") and fraudulent misrepresentation. *Id*.

8. On behalf of himself and the putative class members, Plaintiff seeks actual damages, as well as declaratory and injunctive relief. *Id*.

9. As noted above, Plaintiff sues in his individual capacity and also on behalf of a putative class of "All individuals residing in the State of Florida who purchased Defendant's Steering Wheel Covers advertised as genuine leather within the applicable statute of limitations period." *Id*. at ¶ 22. The statute of limitations for FDUTPA and common law fraud is generally four years. *See* 95.11(3)(e) and (i) Fla. Stat.

10. Plaintiff pleads that he is a citizen of the State of Florida, residing in Palm Beach County, Florida. *Id*. at ¶ 7.

11. Plaintiff further pleads that AutoZone is a Nevada corporation with a principal place of business located at 123 South Front Street, Memphis, Tennessee, as well as that AutoZone operates 444 retail locations in the State of Florida. *Id.* at ¶ 8.

12. Accordingly, Plaintiff is a citizen of Florida, while AutoZone is a citizen of Nevada and Tennessee.

13. AutoZone invokes this Court's jurisdiction because complete diversity exists among the parties to this proceeding and the amount in controversy exceeds $75,000, exclusive of interest and costs, as explained below.

14. In compliance with 28 U.S.C. § 1446(a), AutoZone will concurrently file the required state court record and papers.

## DIVERSITY JURISDICTION EXISTS IN THIS CASE

15. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. It may be removed to this Court by AutoZone pursuant to the provisions of 28 U.S.C. § 1441(a), in that there exists complete diversity between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**A.     Full Diversity Exists Among the Parties**

16. To meet the jurisdictional requirements of § 1332(a), the citizenship of each plaintiff must be different from that of each defendant. *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978). "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. . ." 28 U.S.C. § 1332(c)(1).

17. As noted above, Plaintiff is a citizen of Florida.

18. The putative class members, based on Plaintiff's definition of the asserted class comprising "All individuals residing in the State of Florida who purchased Defendant's Steering Wheel Covers advertised as genuine leather within the applicable statute of limitations period," are also citizens of Florida.

19. As further outlined above, AutoZone is a citizen of Nevada and Tennessee. AutoZone is not a citizen of Florida.

20. Accordingly, full diversity exists among the parties to this proceeding.

**B.     The Amount in Controversy Exceeds $75,000**

21. Federal courts in this state and the Eleventh Circuit have held that when a complaint does not claim a specific amount of damages in excess of $75,000, courts may examine "evidence relevant to determine the amount in controversy at the time the case was removed." *Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1219-20 (11th Cir. 2001). "The amount in controversy is not proof of the amount the plaintiff will recover. Rather, it is an estimate of the amount that will be put at issue in the course of the litigation." *Pretka v. Kolter City Plaza II*, 608 F.3d 744, 751 (11th Cir. 2010) (citing *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008)). In that regard, a removing defendant is not required to "prove the amount in controversy beyond all doubt or to banish all uncertainty about it.' *Id.* at 754. The defendant needs to simply demonstrate that the amount in controversy "more likely than not exceeds the…jurisdictional requirements." *Tapscott v. MS Dealer Service Corp.*, 77 F.3d 1353, 1357 (11th Cir. 1996), *overruled on other grounds by Cohen v. Office Depot*, 204 F.3d 1069 (11th Cir. 2000).

22. Here, the Complaint pleads that the "matter in controversy exceeds the sum or value of $50,000, exclusive of interest, costs, and attorney's fees," but does not specify the amount of actual damages sought. Compl., ¶ 3.

23. However, within the relevant 4-year limitation period (2021-2025), AutoZone's sales of the Product in Florida were $175,738. *See* Melancon Declaration, ¶ 5.

24. Considering Plaintiff's claim for class-wide actual damages arising from the Product's purchases by Florida residents within the four years preceding the filing of the Complaint and AutoZone's total Florida sales of the Product within the same period, it is more likely than not that the actual damages will exceed $75,000.

25. In fact, the Civil Cover sheet filed at the initiation of the state court action specifies that the "Amount of the Claim" is over $100,000.

26. Accordingly, the amount in controversy for purposes of this removal analysis exceeds $75,000.

## **ADDITIONAL PROCEDURAL REQUIREMENTS**

27. This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

28. The United States District Court for the Southern District of Florida is the federal court with the same venue as where this action was pending in Palm Beach County Circuit Court.

29. Contemporaneously with the filing of this Notice, AutoZone will give notice to and file a copy of same with the Clerk of Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida through a notice of filing and will also serve this Notice on Plaintiff.

30. AutoZone is the only defendant named in this action, and it may remove the action without seeking the consent of any other party. *See White v. Bombardier Corp.*, 313 F.Supp.2d 1295, 1299-1300 (N.D. Fla. 2004); 28 U.S.C. § 1446(b).

31. In accordance with 28 U.S.C. § 1446(b)(3), the Notice of Removal is being filed within 30 days from Plaintiff serving the Complaint on AutoZone on May 19, 2025.

WHEREFORE, Defendant, AutoZone, Inc., hereby gives notice that the matter styled action *David Shapllo v. AutoZone, Inc.*, Case No. 50-2025-CA-004675, filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is properly removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division.

## CONCLUSION

For all the foregoing reasons, Defendant, AutoZone, Inc., respectfully requests this Court to assume full jurisdiction over the cause herein, as provided by law.

Dated: June 18, 2025.

> **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
> 200 East Broward Blvd., Suite 2000
> Fort Lauderdale, Florida 33301
> Telephone: (954) 768-1600
> *Counsel for Defendant*
>
> By: */s/ Desislava K. Docheva*
> Samuel L. Felker
> Florida Bar No. 123800
> samfelker@bakerdonelson.com
> Desislava K. Docheva
> Florida Bar No. 1010440
> ddocheva@bakerdonelson.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DAVID SHAPLLO, individually and on behalf of
all others similarly situated,

CASE NO. _____

Plaintiff,

v.

AUTOZONE, INC.,

Defendant.
_____/

## DECLARATION IN SUPPORT OF REMOVAL

I, Kaylie-Ann Melancon, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am over the age of eighteen, and I have personal knowledge of the facts set forth in this Declaration, which is offered in support of removal of this case.

2. I am employed at AutoZone, Inc. ("AutoZone") as a Category Manager.

3. I was asked to determine AutoZone's annual sales in Florida for a product known as a ProElite Genuine Leather Steering Wheel Cover (Part # SWC2420B and SKU#336265).

4. As part of my job duties, I am familiar with the data bases at AutoZone that are used for storage and retrieval of this type of sales information, and I know how to query those data bases to obtain the desired sales information.

5. I searched the Vendor Portal data base for the requested information for May 9, 2021-May 10, 2025, and produced the attached spreadsheet which shows that the sales for this time period in AutoZone's Florida stores totaled $175,738.00.

6. The data base constitutes AutoZone's official business records that are kept in the

1

ordinary course of business by employees charged with such duties.

7. The facts in this Declaration are based on my own personal knowledge and review of AutoZone's identified business records.

DECLARANT: _[signature]_

DATE: 06/18/2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Desislava K. Docheva*
Desislava K. Docheva

| PERIOD | Year | PO VENDOR | ITEM | DESCRIPTION |
|---|---|---|---|---|
| 202110 | 2021 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202111 | 2021 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202112 | 2021 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202113 | 2021 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202201 | 2022 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202202 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202202 | 2022 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202203 | 2022 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202204 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202204 | 2022 | 36079 - HOPKINS MANUFACTURING CORP. | 336265 | PE BLACK LEATHER 15 IN S |
| 202205 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202206 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202207 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202208 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202209 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202210 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202211 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202212 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202213 | 2022 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202301 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202302 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202303 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202304 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202305 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202306 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202307 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202308 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202309 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202310 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202311 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202312 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202313 | 2023 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202401 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202402 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202403 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202404 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202405 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202406 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202407 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202408 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202409 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202410 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |

| | | | | |
|---|---|---|---|---|
| 202411 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202412 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202413 | 2024 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202501 | 2025 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202502 | 2025 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202503 | 2025 | 33423 - HOPKINS MANUFACTURING CORPORAT | 336265 | PE BLACK LEATHER 15 IN S |
| 202503 | 2025 | 44404 - SHANGHAI JUNDA AUTO DECORATION | 336265 | PE BLACK LEATHER 15 IN S |
| 202504 | 2025 | 44404 - SHANGHAI JUNDA AUTO DECORATION | 336265 | PE BLACK LEATHER 15 IN S |
| 202505 | 2025 | 44404 - SHANGHAI JUNDA AUTO DECORATION | 336265 | PE BLACK LEATHER 15 IN S |
| 202506 | 2025 | 44404 - SHANGHAI JUNDA AUTO DECORATION | 336265 | PE BLACK LEATHER 15 IN S |
| 202507 | 2025 | 44404 - SHANGHAI JUNDA AUTO DECORATION | 336265 | PE BLACK LEATHER 15 IN S |
| 202508 | 2025 | 44404 - SHANGHAI JUNDA AUTO DECORATION | 336265 | PE BLACK LEATHER 15 IN S |
| 202509 | 2025 | 44404 - SHANGHAI JUNDA AUTO DECORATION | 336265 | PE BLACK LEATHER 15 IN S |

| PART NUMBER | STATE | RETAIL | UNITS |
|---|---|---|---|
| SWC2420B | FL | $ 2,073 | 139 |
| SWC2420B | FL | $ 2,015 | 135 |
| SWC2420B | FL | $ 2,377 | 160 |
| SWC2420B | FL | $ 2,102 | 142 |
| SWC2420B | FL | $ 2,029 | 136 |
| SWC2420B | FL | $ 599 | 40 |
| SWC2420B | FL | $ 1,186 | 80 |
| SWC2420B | FL | $ 2,123 | 144 |
| SWC2420B | FL | $ 910 | 61 |
| SWC2420B | FL | $ 704 | 47 |
| SWC2420B | FL | $ 1,902 | 127 |
| SWC2420B | FL | $ 1,653 | 111 |
| SWC2420B | FL | $ 2,041 | 138 |
| SWC2420B | FL | $ 2,333 | 157 |
| SWC2420B | FL | $ 2,540 | 171 |
| SWC2420B | FL | $ 2,287 | 155 |
| SWC2420B | FL | $ 2,547 | 171 |
| SWC2420B | FL | $ 2,481 | 167 |
| SWC2420B | FL | $ 2,875 | 193 |
| SWC2420B | FL | $ 2,969 | 200 |
| SWC2420B | FL | $ 3,218 | 215 |
| SWC2420B | FL | $ 2,815 | 189 |
| SWC2420B | FL | $ 2,338 | 157 |
| SWC2420B | FL | $ 2,833 | 159 |
| SWC2420B | FL | $ 2,796 | 141 |
| SWC2420B | FL | $ 2,954 | 150 |
| SWC2420B | FL | $ 2,705 | 136 |
| SWC2420B | FL | $ 3,175 | 160 |
| SWC2420B | FL | $ 2,747 | 139 |
| SWC2420B | FL | $ 3,499 | 176 |
| SWC2420B | FL | $ 4,618 | 231 |
| SWC2420B | FL | $ 4,945 | 249 |
| SWC2420B | FL | $ 3,537 | 178 |
| SWC2420B | FL | $ 2,586 | 146 |
| SWC2420B | FL | $ 1,931 | 129 |
| SWC2420B | FL | $ 2,221 | 149 |
| SWC2420B | FL | $ 4,647 | 311 |
| SWC2420B | FL | $ 3,550 | 238 |
| SWC2420B | FL | $ 4,005 | 269 |
| SWC2420B | FL | $ 3,858 | 260 |
| SWC2420B | FL | $ 4,061 | 273 |
| SWC2420B | FL | $ 4,735 | 317 |

| SWC2420B | FL | $ | 5,480 | 367 |
| --- | --- | --- | --- | --- |
| SWC2420B | FL | $ | 5,760 | 341 |
| SWC2420B | FL | $ | 7,428 | 439 |
| SWC2420B | FL | $ | 6,016 | 357 |
| SWC2420B | FL | $ | 5,113 | 302 |
| SWC2420B | FL | $ | 2,901 | 182 |
| SWC2420B | FL | $ | 2,749 | 184 |
| SWC2420B | FL | $ | 3,906 | 264 |
| SWC2420B | FL | $ | 4,210 | 282 |
| SWC2420B | FL | $ | 4,116 | 276 |
| SWC2420B | FL | $ | 4,801 | 324 |
| SWC2420B | FL | $ | 4,701 | 315 |
| SWC2420B | FL | $ | 5,040 | 338 |