UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-80770-MIDDLEBROOKS

DAVID SHAPLLO,
individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

AUTOZONE, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, filed November 20, 2025. (DE 38). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE THIS CASE.**

(2) All pending motions are **DENIED AS MOOT.**

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 21st day of November, 2025.

*[signature]*

Donald M. Middlebrooks
United States District Judge

cc:

Counsel of Record